UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLINIA JACKSON,
                   Plaintiff,

      -v-                               22-CV-10848 (JPO)

HOME DEPOT U.S.A. INC,            ORDER
                  Defendant.

J. PAUL OETKEN, District Judge:

    Defendant waived service on March 23, 2023, and an answer was due by May 22, 2023. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by July 14, 2023 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: June 27, 2023
       New York, New York

                                            J. PAUL OETKEN
                                       United States District Judge